UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL CLAY HOCHWENDER,<br><br>Defendant. | CRIMINAL NO. A11CR 591 LY<br><br>**INDICTMENT**<br>[Count 1: Bank Robbery, 18 U.S.C. § 2113; Count 2: Bank Robbery, 18 U.S.C. § 2113; Count 3: Bank Robbery, 18 U.S.C. § 2113] |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
Bank Robbery
[18 U.S.C. § 2113]

On or about August 1, 2011, in the Western District of Texas, the Defendant,

**RUSSELL CLAY HOCHWENDER**

by force, violence, and intimidation did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of BBVA Compass Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

### COUNT TWO
### Bank Robbery
### [18 U.S.C. § 2113]

On or about August 26, 2011, in the Western District of Texas, the Defendant,

**RUSSELL CLAY HOCHWENDER**

by force, violence, and intimidation did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of JP Morgan Chase Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE
## Bank Robbery
## [18 U.S.C. § 2113]

On or about September 9, 2011, in the Western District of Texas, the Defendant,

**RUSSELL CLAY HOCHWENDER**

by force, violence, and intimidation did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

**ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002**

ROBERT PITMAN
United States Attorney.

By: _____

JENNIFER S. FREEL
Assistant U.S. Attorney